936

No. 628. SHER *v.* DeHAVEN ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Walter J. Cahill* and *Charles O. Pratt* for petitioner. *Richard H. Love* for respondents.

No. 537. CORNETT *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Eugene D. O'Sullivan* for petitioner.

No. 602. THEODORAKIS *v.* XILAS ET AL. C. A. 4th Cir. Certiorari denied. *J. L. Morewitz* for petitioner. *Harry E. McCoy, Jr.* for respondents.

No. 273, Misc. WORD *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied for the reason that application therefor was not made within the time provided by law. Rule 37 (b) (2) of the Rules of Criminal Procedure.

No. 381, Misc. LUNDBERG *v.* JACQUES, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 390, Misc. MALONE *v.* KING. Supreme Court of California. Certiorari denied.

No. 401, Misc. ON LEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Gilbert S. Rosenthal* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.